**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Ornelas Amador,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-07547-PHX-EJM<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On October 22, 2026, Respondents filed a Notice of Imminent Removal stating that Petitioner is scheduled for removal not less than two business days from the date of its Notice. (Doc. 6.)

Accordingly,

**IT IS ORDERED** requiring Respondents to file a status report as to the current status of this matter no later than 5 days from the date of this Order. Concurrently with the status report, Respondents must file an Answer to the Petition.[1]

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at

[1] Pursuant to a previous Order of the Court, Respondents were required to Answer the Petition within 7 calendar days of October 19, 2026. (Doc. 4.) Respondents did not file a timely Answer and did not seek an extension of time to do so. Respondents are, therefore, already in violation of this Court's October 19, 2026 Order.

lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 2nd day of November, 2026.

Eric J. Markovich
United States Magistrate Judge